*In re* ANTONIO ANDINO ELÍAS, querellado.

*Número:* D-63-2        *Resuelto:* 26 de junio de 1963

Hon. Secretario de Justicia, *Hiram R. Cancio,* por sí y representado además por los *Fiscales Especiales Generales, José C. Aponte, Manuel J. Vera Mercado, Juan Lorenzo Rodríguez, Gerardo Méndez Correa, Manuel López Carrillo; Noel Colón Martínez* y *José A. Rivera Bernard,* abogados del querellado.

—O—

Voto disidente del Juez Presidente Señor Negrón Fernández, en el cual concurren los Jueces Asociados Señores Blanco Lugo y Ramírez Bages

San Juan, Puerto Rico, a 26 de junio de 1963

Sin pasar juicio ahora sobre el asunto en sus méritos, considero improcedente la disposición que del mismo hace el Tribunal en la actual etapa de los procedimientos.

El querellado admitió las alegaciones de la querella, pero a la vez expuso hechos por vía de explicación a su conducta y solicitó que se declarara sin lugar la querella. Con vista de dicha contestación concedimos término al Secretario de Justicia para someter las alegaciones que estimara pertinentes y así lo hizo, reiterando al final su solicitud original de desaforo.

Estimo que procede la celebración de una vista en la cual se reciba la prueba pertinente sobre hechos que no hayan sido ya admitidos, y tenga el Secretario de Justicia la oportunidad de contrainterrogar al querellado respecto a los hechos por éste expuestos en su contestación y en los cuales descansa para solicitar la desestimación de la querella.